# United States District Court

DISTRICT OF ____New Mexico____

FILED
At Albuquerque NM
JUN 0 5 2009
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

v.

**Lawrence Roybal**
**Date of Birth 1962**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 09-mg-045
09-mJ 1581

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 1, 2009__ in __Rio Arriba__ county, in the _____ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense)

did commit an act of assault with a dangerous weapon, with intent to do bodily harm, and without just cause or excuse in violation of Title __18__ United States Code, Section(s) Section 113(a)(3).

I further state that I am a(n) __Special Agent - FBI__ and that this complaint is based on the following facts:
   Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

Date __6/5/09__  at __Albuquerque__, New Mexico

United States Magistrate Judge Robert W. Iowta

Signature of Judicial Officer

CB/AUSA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

United States of America  - )

vs  )

Lawrence Roybal
DATE OF BIRTH: 1962  )
Social Security Number XXX-XX-0835

09-MG-045
09-MJ-1581

## AFFIDAVIT

1) I am a regularly appointed Special Agent (SA) of the Federal Bureau of Investigation (FBI) assigned to the Albuquerque Division of the FBI. I have been an SA since January 2008, and primarily investigate violent crimes on Indian Reservations. The following facts were determined during the course of an investigation conducted by SA Dustin Grant and Jicarilla Apache Police Department (JAPD) Criminal Investigator (CI) Joseph Wells.

2) On May 1, 2009, the JAPD in Dulce, New Mexico, responded to the residence of Lawrence Roybal for being intoxicated and carrying a knife. When the officers arrived on scene Roybal was holding a large kitchen knife outside of his residence. When approached by the officers Roybal stated that he was suicidal and wanted the officers to shoot him. Roybal then pressed the blade of the knife against his left arm and cut himself.

3) The four officers on scene went to stop Roybal from hurting himself or others, but Roybal ran back into his house locking the door behind him. JAPD officers entered the house by kicking in the door. When the four officers entered his house Roybal was standing in the living room area, and appeared to be in a fighting stance. CI Wells sprayed Roybal with pepper spray in the facial area. Roybal then threw a large 12 inch kitchen knife at the officers just missing CI Wells and hitting the wall behind Wells.

4) Roybal was arrested and transported to San Juan Regional Medical Center in Farmington, New Mexico for treatment of his cuts. The

1

knife thrown at CI Wells was photographed and entered into evidence.

5) Lawrence Roybal is an enrolled member of the Jicarilla Apache Tribe. The offense occurred within the exterior boundaries of the Jicarilla Apache Indian Reservation.

6) Based on the above, your affiant believes probable cause exists to believe Lawrence Roybal, an Indian person, committed the following offenses: Assault with a dangerous weapon, with intent to do bodily, and without just cause or excuse, that is he assaulted Joseph Wells, an Indian person, by throwing a large 12 inch knife at him, in violation of Title 18, United States Code 113(a) (3); and that the offense occurred in Indian Country, to wit the Jicarilla Apache Indian Reservation, in violation of Title 18, United States Code 1153.

_____
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on this 5 day of June, 2009

_____
United States Magistrate Judge

2