PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Lawrence Roybal |
| Docket Number: | 1:09CR01758-001JH |
| Assigned Judge: | Honorable Judith C. Herrera, United States District Judge |
| Date of Original Sentence: | 03/04/2010 |
| Original Offense: | Crime in Indian Country: 18 U.S.C. 1153; Assault with a Dangerous Weapon, 18 U.S.C. 113(a)(3) |
| Original Sentence: | 24 months BOP, 3 years TSR |
| Date Supervision Commenced: | 01/28/2011 |
| Date Supervision Expires: | 01/27/2014 |
| Other Court Action: | 05/06/2011: Request for Termination of Placement at the Diersen Charities Halfway House in Albuquerque, New Mexico due to medical issues. The Court agreed to terminate placement. |
| | 01/30/2012: Noncompliance submitted to the Court advising the defendant was arrested for Intoxication on October 31, 2011. The Court agreed to take no action. |
| | 09/04/2012: Request to Modify Conditions of Supervision to include 6 months at the Diersen Charities Halfway House in Albuquerque, New Mexico. This provided the defendant with a stable living environment while he completed Intensive Outpatient Counseling at Relevancy in Albuquerque, New Mexico. The Court modified the defendant's conditions. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, David J. Rhodes, alleges the offender has violated the following condition(s) of supervised release.

*Violation Number*   *Nature of Noncompliance*

Special Condition - "The defendant must refrain from the use and possession of alcohol and other forms of intoxicants."

On April 26, 2013, the defendant was arrested by the Jicarilla Apache Police Department for Intoxication and Resisting Arrest. Reports indicate the defendant had a breath alcohol level of 0.316. This is evidenced by a Jicarilla Apache Police Department report.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 3, 2013.

| Submitted: | Approved: | ☒ Phone Approval |

David J. Rhodes
U.S. Probation Officer

Date: 5/3/13

Kimberly Brawley
Assistant U.S. Attorney

Date: 5/3/13