# VIOLATION OF SUPERVISION /PROBATION PROCEEDINGS MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| | Time In/Out: | **9:53 - 10:10 am** | Court Time: | **17 minutes** | |
| | | Date: | **June 18, 2013** | | |
| | Cr. No. | 09-1758 JH | USA v. | Lawrence Roybal | |
| | The Honorable | | **Judith C. Herrera** | | |
| Clerk: | **I. Duran** | | Court Reporter: | **P. Baca** | |
| Defendant: | **Present** | | Defendant's Counsel: | **John F. Robbenhaar** | |
| AUSA: | **David Walsh** | | Probation Officer: | **Camilla Duarte** | |
| VSR Held: | **Albuquerque, NM** | | Interpreter: | **None** | |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| **X** | Court advises / confirms Defendant is aware of charges and possible penalty. |
| **X** | Defendant **ADMITS** violation(s): Deft failed to refrain from the use of alcohol. |
| **X** | Proceed to sentencing<br>Violation Report **WAIVED** |
| **X** | Other**: PETITION HELD IN ABEYANCE FOR 6 MONTHS** |

## SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | | Supervised Release: | |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| | |
|---|---|
| **X** | Deft is reminded to comply w/the standard conditions of supervision & the following special conditions: |
| **X** | Deft shall refrain from any unlawful use of a controlled substance and shall submit to a drug test within 15 days of release, etc.; deft shall not possess a firearm, etc.; deft must participate in an outpatient substance abuse treatment program; deft must submit to a search of his person, etc.; deft must refrain from use & possession of alcohol & other forms of intoxicants; and deft must participate in and successfully complete an outpatient mental health treatment program. |

## OTHER

| | |
|---|---|
| | **ADVISED OF** Appeal Rights |
| **X** | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |

| NOTES: | **Ct. calls case.**<br>**Counsel enter their appearances. Defense counsel states that deft will admit to the violation. Govt. recites the violation & the potential penalties. Deft admits to violation. Ct. finds that a factual basis exists for revocation of supervised release. Defense makes argument & asks for a sentence of imprisonment & no supervision. Deft addresses Ct. Govt. responds. Probation recommends that revocation be held in abeyance & further supervision.**<br><br>**Ct. holds the petition in abeyance for 6 months.** |
|---|---|